UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD J. HAMILTON,

    Plaintiff,

v.

FEDERAL HOME LOAN
MORTGAGE CORPORATION, et al.,

    Defendants.
_____/

Case No. 1:17-cv-660

HON. JANET T. NEFF

## **ORDER**

This is a civil action involving a *pro se* litigant. Defendants filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 23, 2018, recommending that this Court grant the motion and that this action be terminated. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 52) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 51) is GRANTED.

A Judgment will be entered consistent with this Order.

Dated: June 15, 2018                                            /s/ Janet T. Neff
                                                                                      JANET T. NEFF
                                                                                      United States District Judge